FILED
CLERK, U.S. DISTRICT COURT

March 8, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Nehemiah Kong**,

Plaintiff,

v.

**Biopharma Research Organization LP**; and
**Project Rehabilitation LLC**,

Defendants.

Case No. 8:20-cv-01373-SB (DFMx)

**JUDGMENT**

Following the Court's ruling on March 8, 2021, the Court grants JUDGMENT in favor of Plaintiff NEHEMIAH KONG and against Defendants BIOPHARMA RESEARCH ORGANIZATION LP and PROJECT REHABILITATION LLC. Defendants shall pay a statutory award of $4,000, $860 in costs, and $2,244.15 in attorney's fees to Plaintiff and shall be jointly and severally liable for such payment.

Additionally, Defendants are ordered to provide a wheelchair accessible parking stall and entrance path in compliance with the ADA and ADA guidelines, to the extent that the removal of these barriers is readily achievable under the ADA standards, at the Design Center located at 2321 W. Whittier Blvd., La Habra, California.

Dated:  March 8, 2021            By: _____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE